538 A.2d 872

**Nancy SHAFFER, individually and as Administratrix of the Estate of Paul Vincent Shaffer, Appellant,**

**v.**

**LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA WELFARE FUND.**

Supreme Court of Pennsylvania.

Argued March 8, 1988.

Decided March 21, 1988.

Louis M. Tarasi, Jr., Susan D. Labriola, Joseph J. Hinchliffe, Tarasi, Tierney & Johnson, P.C., Pittsburgh, for appellant.

Jeffrey J. Leech, Tucker Arensburg, P.C., Richard B. Tucker, III, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.